# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SCOTT SZATHMARY,

     Plaintiff,

v.                                               Case No.  8:10-cv-1236-T-30EAJ

EPSTEIN, WEINBERG & ASSOCIATES,
LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Dismissal (Dkt. #7).  In accordance with

same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 8, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1236.dismiss 7.wpd